# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Javier Francisco-Velasco | )<br>)<br>)<br>) |

Date of Original Judgment: _____07/14/2010_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No:  1:09CR00141-003
USM No: 09269-028

Sara J. Varner
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant  ❑ the Director of the Bureau of Prisons  ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❑ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____87____ months **is reduced to** __70 months, or time served__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____07/14/2010____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ____2/12/15____

*William T. Lawrence*
*Judge's signature*

Effective Date: ____11/01/2015____
*(if different from order date)*

Honorable William T. Lawrence, U.S. District Court Judge
*Printed name and title*